UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COREY LAVELLE GREEN, | ) | No. CV 15-5184 AB (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| WARREN MONTGOMERY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 1, 2016

_____
ANDRÉ BIROTTE JR.
United States District Judge